

FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0110

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0110

JACOB SMITH,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

MAY 15 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Before this Court is self-represented Appellant Jacob Smith and his "Motion to Consolidate DA 20-0110 with DA 19-0704." As grounds, Smith points out that both matters are from the Jefferson County District Court and concern postconviction cases. He states that his opening brief in DA 19-0704 is currently due June 30, 2020, while his other appeal's opening brief (No. DA 20-0110) is due May 25, 2020.

It appears that Smith could have sought an extension of time to file his opening brief in his most recent appeal (No. DA 20-0110) instead of his instant motion. This Court points out that Smith's appeals are for different decisions in different underlying cause numbers. Before reaching the request of consolidating both appeals, this Court wants the time to run for any response. Therefore,

IT IS ORDERED that Smith is GRANTED an additional thirty days to file his opening brief in Cause No. DA 20-0110, *Smith v. State*, and his opening brief will be DUE on or before June 24, 2020. Smith's Motion to Consolidate will be CONSIDERED after May 25, 2020.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Jacob Smith personally.

DATED this 15th day of May, 2020.

For the Court,

By _____
Chief Justice